UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:11-cr-0152-WTL-DML |
| JOSHUA LEONARD, | ) ) | - 09 |
| Defendant. | ) ) | |

## REPORT AND RECOMMENDATION

On November 29, 2017, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on November 22, 2017. Defendant Leonard appeared in person with his appointed counsel Michael Donahoe. The government appeared by Michelle Brady, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Mark McCleese.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Leonard of his rights and ensured he had a copy of the Petition. Defendant Leonard orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Leonard admitted violations 1 and 2 as set forth in the Petition. [Docket No. 629.]

3. The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician."**<br><br>On November 9 and 15, 2017, Mr. Leonard submitted urinalyses which tested positive for amphetamines, and he admitted to consuming methamphetamine prior to each test. As noted in previous reports to the Court, the offender has tested positive for amphetamines on August 14, 2017, and September 5, 2017, as well as December 12 and 19, 2016. He additionally tested positive for cocaine and amphetamines on November 23, 2016. |
| 2 | **"The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reason."**<br><br>Mr. Leonard has not had stable employment since being terminated from his job on July 31, 2017. Since that time, he has been unemployed or has had very limited, part time employment. |

4. The Court finds that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is IV.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5. The parties jointly recommended a sentence of twelve (12) months and one day with no supervised release to follow. Defendant requested placement at a facility with the lowest level security defendant qualifies for, other than FCI Terre Haute.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the Petition, and recommends that Defendant's supervised release be revoked, and that he be sentenced to the

custody of the Attorney General or his designee for a period of twelve (12) months and one day, with no supervised release to follow.  The Magistrate Judge further recommends placement of Defendant at a facility with the lowest level security for which Defendant qualifies, other than FCI Terre Haute.  The Defendant was taken into custody immediately pending the District Judge's action on this Report and Recommendation.

     The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated:  4 DEC 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office