UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOSHUA LEONARD )<br>    Defendant. ) | Case No. 1:11-cr-152-WTL-DML-9 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Joshua Leonard's supervised release be revoked, pursuant to Title 18 U.S.C. Sec. 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. Sec. 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of twelve (12) months and one day in the custody of the Attorney General or his designee. Upon Mr. Leonard's release from confinement, he will not be subject to supervised release. The Court recommends Defendant be placed at a facility with the lowest level security for which Defendant qualifies, other than FCI Terre Haute.

Dated: 12/19/17

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All registered counsel via electronic notification

USMS

USPO